IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED
OCT 12 2007
U.S. DISTRICT COURT
ELKINS, WV 26301

SCOTT MARSHALL,

    *Petitioner,*

v.

    CIVIL ACTION NO. 2:07-cv-70
    (Judge Maxwell)

MARK WILLIAMSON, Warden,
Denmar Correctional Center,

    *Respondent.*

## ORDER

On this day the Court considered the Respondent's written "Motion for an Enlargement of Time" and finds that it states proper grounds and appears to be in good faith.

It is ORDERED that Respondent has until and including November 13, 2007, to file said answer.

The clerk is directed to send copies of this Order to Petitioner Scott Marshall, DOC # 41004, Denmar Correctional Center, HC 64, Box 125, Hillsboro, West Virginia 24946, and to Respondent's counsel, R. Christopher Smith, Assistant Attorney General, State Capitol, Room 26E, Charleston, West Virginia 25305.

Entered this /2 day of October, 2007.

                                          JOHN S. KAULL
                                        UNITED STATES MAGISTRATE JUDGE

/s/ *R. Christopher Smith*
R. Christopher Smith, Bar No. 7269
Assistant Attorney General
Attorney for Respondent